`

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE DAVID MENDEZ GOMEZ, | Case No. 1:26-cv-0312 KES CDB (HC) |
| Petitioner, | A-Number: 216-269-711 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| WARDEN, *et al.*, | |
| Respondents. | |
| | Doc. 19 |

Petitioner Joe David Mendez Gomez, an immigration detainee represented by counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Doc. 14.

On March 31, 2026, the magistrate judge reviewed the Immigration and Customs Enforcement ("ICE") detainee locator using Petitioner's identifying information and found no results, suggesting Petitioner no longer remained in immigration detention. The magistrate judge directed Respondents to file a status report or a declaration from a knowledgeable witness regarding Petitioner's circumstances. Doc. 17. On April 3, 2026, Respondents filed a declaration from a deportation officer, who reported Petitioner was removed on March 19, 2026. Doc. 18. Petitioner's counsel did not respond to the report.

On April 8, 2026, the magistrate judge issued findings and recommendations to dismiss

the petition as moot as petitioner is no longer in ICE custody and no case or controversy exists. Doc. 19 at 3. The Court served the findings and recommendations on the parties and notified them that any objections were to be filed within 14 days of service. *Id.* at 4. The parties were also advised that failure to file objections may result in waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No objections were filed and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on April 8, 2026 (Doc. 19) are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **DISMISSED** as moot.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 30, 2026

UNITED STATES DISTRICT JUDGE

2